# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | Q Pro Elite series ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br><br>https://newline-interactive.com/usa/products/q-pro-elite/ |



https://newline-interactive.com/usa/products/q-pro-elite/



| | Q-Pro-Elite-Series-Full-Specifications.pdf | 1 / 2 | 195% |
| --- | --- | --- | --- |
| OS Version | EDLA | | |
| Other in OS | PDM Algorithm | | |
| Top Camera Port | Yes, 5V/0.9A | | |
| OPS Slot | Yes | | |
| SDM-S Slot | N/A | | |
| WiFi Module Model | AZ932 | | |
| WiFi Version | WiFi 5: 2.4G+5G WiFi 6: 2.4G+5G | | |
| Bluetooth | BT5.2 | | |
| Built-in Microphone | 8-Mic Array, Upper Front | | |

https://newline-interactive.com/wp-content/uploads/2025/09/Q-Pro-Elite-Series-Full-Specifications.pdf

| Q Pro Elite_User Manual | | 81 / 83 | 195% |
| --- | --- | --- | --- |
| Multimedia File Formats | Supports all major types of multi-media files | | |
| Pre-installed applications | Refer to the actual panel display | | |
| **Wi-Fi Module** | | | |
| Parameters | Wi-Fi 6 +BT 5.2 | | |
| Firmware Version | V1.1.12 | | |

https://newline-interactive.com/wp-content/uploads/2026/01/Q-Pro-Elite_User-Manual.pdf

| Menu | Setting | Functions |
|---|---|---|
| Internet | Ethernet | When the RJ45 port is properly connected to the network cable, tap the button to View the MAC address, IP address, gateway, subnet mask, and DNS information. |
| | Wi-Fi | Tap to enable the Wi-Fi function. Default is off, When both Ethernet and Wi-Fi are available, Ethernet is preferred. |
| | Network Preferences | Enable the Wi-Fi automatically turn on function; Enable the notify for public networks; Allow WEP networks; Install the certificates as you need. |

https://newline-interactive.com/wp-content/uploads/2026/01/Q-Pro-Elite_User-Manual.pdf



https://newline-interactive.com/wp-content/uploads/2026/01/Q-Pro-Elite_User-Manual.pdf

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the antenna. | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.).<br><br>As per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices. Bluetooth compatible devices use Bluetooth antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range. |
|---|---|



https://newline-interactive.com/usa/products/q-pro-elite/



| | |
|---|---|
| OS Version | EDLA |
| Other in OS | PDM Algorithm |
| Top Camera Port | Yes, 5V/0.9A |
| OPS Slot | Yes |
| SDM-S Slot | N/A |
| WiFi Module Model | AZ932 |
| WiFi Version | WiFi 5: 2.4G+5G<br>WiFi 6: 2.4G+5G |
| Bluetooth | BT5.2 |
| Built-in Microphone | 8-Mic Array, Upper Front |

https://newline-interactive.com/wp-content/uploads/2025/09/Q-Pro-Elite-Series-Full-Specifications.pdf

| | |
|---|---|
| Multimedia File Formats | Supports all major types of multi-media files |
| Pre-installed applications | Refer to the actual panel display |
| **Wi-Fi Module** | |
| Parameters | Wi-Fi 6 +BT 5.2 |
| Firmware Version | V1.1.12 |

https://newline-interactive.com/wp-content/uploads/2026/01/Q-Pro-Elite_User-Manual.pdf

**802.11 TYPES & FREQUENCY BANDS**

| IEEE 802.11 VARIANT | FREQUENCY BANDS USED | COMMENTS |
|---|---|---|
| 802.11a | 5GHz | Read more about 802.11a |
| 802.11b | 2.4GHz | Read more about 802.11b |
| 802.11g | 2.4GHz | Read more about 802.11g |
| 802.11n | 2.4 & 5 GHz | Read more about 802.11n |
| 802.11ac | Below 6GHz | Read more about 802.11ac |
| 802.11ad | Up to 60 GHz | Read more about 802.11ad |

https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

| | Bluetooth® Classic | Bluetooth® LE |
|---|---|---|
| Frequency Band | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) |
| Channels | 79 channels with 1 MHz spacing | 40 channels with 2 MHz spacing (3 advertising channels/37 data channels) |

https://www.bluetooth.com/learn-about-bluetooth/tech-overview/



https://newline-interactive.com/wp-content/uploads/2026/01/Q-Pro-Elite_User-Manual.pdf



https://newline-interactive.com/wp-content/uploads/2026/01/Q-Pro-Elite_User-Manual.pdf

### 4.6.3 Connected devices

Enter the **Connected devices** submenu to check the connected devices, system will automatically detect and connect to new device via Bluetooth.

| Menu | Functions |
|---|---|
| Pairing new device | Turn on Bluetooth and automatically search for available devices nearby. 1 Pairing other display, mobile phones, computers, need to enter the pairing password or two-way confirmation; 2 Bluetooth audio, keyboard and mouse can be directly paired, no need to enter a password. |
| See all | All devices can be viewed, including paired and available devices. |
| Connection preference | It can be set to print/screen/share nearby through Bluetooth. |

https://newline-interactive.com/wp-content/uploads/2026/01/Q-Pro-Elite_User-Manual.pdf